UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 0 8 1995

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT GARZA, JIM SCHULTZ, JOSE GAYTON, ET AL.<br>    Plaintiffs | §<br>§<br>§<br>§  C. A. NO. H-94-1842<br>§<br>§<br>§<br>§ |
| VS. | |
| BUILDERS SQUARE, INC.,<br>    Defendant. | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 6th day of February, 1995, came on to be considered the Agreed Motion to Enter Final Judgment. The Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Final Judgment be entered.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs shall take nothing by their claims and causes of action against Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all the Plaintiffs' causes of action against Defendant which were, could have or should have been brought in this action are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all expenses and costs of Court shall be borne by the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all relief not expressly granted herein is expressly denied.

0139873

-2-

SIGNED AND ENTERED on this __6TH__ day of __February__, 1995.

By _____
UNITED STATES DISTRICT JUDGE